KYLE W. SCHUMACHER (BAR # 121887)
kschumacher@sagarialaw.com
**SAGARIA LAW, P.C.**
1050 SW 6th Ave., Suite 1100
Portland, OR 97204
503-535-0620 ph
408-279-2299 fax

Attorney for Debtors
Steven and Tiffany McMahon

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>**Steven McMahon**<br>**Tiffany Michelle McMahon,**<br><br>    Debtor. | Case No.: 15-33203-tmb7<br><br>Adversary No.: 18-03054-tmb<br><br>Chapter 13<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY (11 U.S.C. §362(a)(6) AND §362(k))** |
| **Steven McMahon**<br>**Tiffany Michelle McMahon,**<br><br>    Plaintiff,<br><br>    v.<br><br>**KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, KAISER FOUNDATION HEALTH PLAN, EVERGREEN PROFESSIONAL RECOVERIES, INC., LLC, AND DOES 1 THROUGH 10,**<br><br>    Defendant. | Judge:    Hon. Trish M. Brown |

///

///

NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE -1-

**To the United States Bankruptcy Court, the Honorable Trish M. Brown, and all parties in interest:**

### NOTICE OF DISMISSAL

Tiffany Michelle McMahon, the Plaintiff herein, hereby dismisses the Plaintiff's Complaint for Willful Violation of the Automatic Stay, with prejudice, to FRCP 41(a)(1)(A)(i), and FRBP 9014 and 7041, as there has been no response filed by an interested party, and the parties have reached an agreement resolving the subject matter.

                                                **Sagaria Law, P.C.**

Dated: October 16, 2018          By:    /s/ *Kyle Schumacher*
                                                      Kyle W. Schumacher, Esq.
                                                        Attorneys for Plaintiff